COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-263-CV

CHARLES W. ABLES
 
APPELLANT

V.

MURIEL A. BUIE
 APPELLEE

----------

FROM COUNTY COURT AT LAW NO. 1
 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss As Moot.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  
See 
Tex. R. App. P.
 
42.1(d).

PER CURIAM

PANEL:  MCCOY, J.; CAYCE, C.J.; and MEIER, J.

DELIVERED:  October 29, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.